IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JON Q. WRIGHT d/b/a JQ Licensing, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 16-0379-CG-B |
| | ) |
| AMERICAN DISTRIBUTION COMPANY, L.L.C, and ADAM DAWE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation for Dismissal (Doc. 18), advising that all issues involved have been settled, all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall his or its own respective costs.

**DONE and ORDERED** this 25th day of January, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE